No. 96–8750 (A–7). MCQUEEN v. PARKER, WARDEN, 520 U. S. 1257. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for rehearing denied.

JULY 1, 1997

No. 97–5019 (A–6). IN RE HUNT. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–9160 (A–862). HUNT v. MARYLAND. Ct. App. Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JULY 3, 1997

No. 96–1400 (A–925). CALIFORNIA ET AL. v. DEEP SEA RESEARCH, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 520 U. S. 1263.] Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

JULY 16, 1997

No. A–904. PREWITT v. ALEXANDER ET AL. C. A. 5th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

JULY 17, 1997

No. 97–5106 (A–49). SMITH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would